Order issued November 13, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01520-CV

**CONTINUUM HEALTH SERVICES, LLC, DR. DAN BARTEL, PATRICK LEE, AND MARK BYARS, Appellants**

**V.**

**SHEILA CROSS, Appellee**

## ORDER

Before the Court are two motions: Appellee's motion to supplement sur-reply, which was filed on September 28, 2012, and Appellee's "Reply to Appellants' Opposition to Appellee's Motion to Supplement Sur-Reply and Motion to Strike Appellants' Opposition," which was filed on October 25, 2012. Appellants responded to the first motion, filing "Appellants' Response to Appellee's Motion to Supplement Sur-Reply," but did not respond to appellee's motion to strike.

We **GRANT** appellee's motion to strike appellants' opposition. In their "Response to Appellee's Motion to Supplement Sur-Reply," appellants included a section titled "Relevant Procedural Background." This section of appellants' opposition provided the Court with details about the parties' attempt to settle the issues presented in this appeal; this information is not relevant to the Court's consideration of the appeal.



We **GRANT** appellee's motion to supplement her sur-reply and we **ORDER** appellee's supplemental sur-reply of September 28, 2012, filed as of the date of this order.

JIM MOSELEY
PRESIDING JUSTICE